**FOR PUBLICATION**

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 2000-746 |
| | ) | |
| JAVIELA DIAZ-NIN, | ) | |
| | ) | |
| Defendants. | ) | |

**ATTORNEYS:**

**Nelson L Jones, AUSA**
St. Thomas, U.S.V.I.
   *For the plaintiff,*

**Thurston T. McKelvin, Esq.**
St. Thomas, U.S.V.I.
   *For the defendant.*

<u>ORDER</u>

**GÓMEZ, C.J.**

Before the Court is appeal of Javiela Diaz-Nin ("Diaz-Nin") from the Magistrate Judge's August 8, 2008, judgment of conviction. For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the August 8, 2008, judgment of conviction is **VACATED.**

S\_____
Curtis V. Gómez
Chief Judge